GV/2012R00167

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 20- |
| v. | 26 U.S.C. § 7201 |
| DOUGLAS M. LONG | |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

1.   At all times relevant to this Information, unless otherwise indicated:

   a.   Defendant DOUGLAS M. LONG ("LONG") resided in Cumberland County, New Jersey. LONG was an attorney and managing partner of a law firm (the "Law Firm") principally located in Woodbury, New Jersey. As the managing partner of the Law Firm, LONG exercised primary control over the finances of the Law Firm, regularly reviewed the Law Firm's financial records, caused the Law Firm's U.S. Return of Partnership Income, Form 1065 ("Form 1065") to be prepared and filed, and attested, under penalty of perjury, that the Forms 1065 were true, correct, and complete.

   b.   For federal income tax purposes, income that the Law Firm generated passed through to LONG and his partner. LONG was required to report and pay federal income taxes on the partnership income that he received from the Law Firm by filing an accurate U.S. Individual Income Tax Return, Form 1040 ("Form 1040").

   c.   LONG employed a bookkeeper (the "Bookkeeper") at the Law Firm who, among other things, reported to LONG and prepared and kept the Law Firm's financial books and records in accordance with instructions given by LONG.

GV/2012R00167

d. Beginning prior to 2012 and continuing through 2015, LONG directed the Bookkeeper to conceal LONG's true income by misclassifying monies, paid from the Law Firm's bank accounts for LONG's personal expenses, which included tuition for LONG's children, utilities and service fees for LONG's personal residences, student loan payments for LONG and his spouse, among other personal expenses, as business expenses within the Law Firm's books and records, in order to conceal the full amount of income LONG actually received from the Law Firm.

e. In furtherance of the scheme, for tax years 2012, 2013, 2014, and 2015, LONG also caused to be prepared, signed, and filed with the Internal Revenue Service ("IRS") Forms 1065 for the Law Firm and Forms 1040 on behalf of LONG and his spouse. During those tax years, LONG received in excess of approximately $800,000 in income from the Law Firm that he intentionally failed to report to the IRS on his Forms 1040, including approximately $368,000 for tax year 2014. This resulted in substantial, unreported income taxes due and owing to the United States for each of these tax years, which, in total, exceeded $250,000, including approximately $120,000 for tax year 2014.

2. From on or about January 1, 2014 through and including on or about October 15, 2015, the date on which LONG's Form 1040 for tax year 2014 was filed, in Cumberland County, in the District of New Jersey and elsewhere, defendant

DOUGLAS M. LONG

did willfully attempt to evade and defeat the assessment of substantial income taxes due and owing by him to the United States of America by, among other affirmative acts, preparing and causing to be prepared, signing and causing to be signed, and causing to be filed with the IRS, a false and fraudulent Form 1040 for tax year 2014.

GV/2012R00167

In violation of Title 26, United States Code, Section 7201.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney